UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6

| Case No. | EDCV 17-154 DSF (DTBx) | Date | 1/31/17 |
|---|---|---|---|
| Title | SCG Atlas Marquessa LLC v. Concetta Germain | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court of California, County of Riverside

This matter was removed from state court on January 27, 2017.  The complaint is a state law unlawful detainer complaint and does not state a federal cause of action.  While the notice of removal claims federal question jurisdiction, federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

The case is REMANDED to the Superior Court of California, County of Riverside.

IT IS SO ORDERED.